UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alexander Dimitrijevic, | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action H-04-3457 |
| | § | |
| TV&C GP Holding, Inc., | § | |
| *Defendant.* | § | |

NOTICE OF HEARING

The parties are advised that a hearing will be held on the pending discovery motions (Dkt. 16, 30 & 31) on August 23, 2005 at 10:00 a.m. before Magistrate Judge Stephen Wm. Smith, Courtroom 702, 515 Rusk, Houston, Texas.

Signed on August 4, 2005 at Houston, Texas.

Stephen Wm Smith
United States Magistrate Judge