# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER DIMITIJEVIC, | § | |
|     *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION H-04-3457 |
| | § | |
| TV&C GP HOLDING INC., | § | |
|     *Defendant.* | § | |

## ORDER

Defendant's unopposed motion for an extension of time to file its response in opposition to Plaintiff's motion for sanctions (Dkt. 59) is GRANTED. Defendant's response shall be filed on or before Wednesday, September 28, 2005.

Signed at Houston, Texas on September 27, 2005.

*/s/ Stephen Wm Smith*
Stephen Wm Smith
United States Magistrate Judge